DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EAST COAST METAL STRUCTURES, CORP.**,
Appellant,

v.

**LEMARTEC CORPORATION,** et al.,
Appellees.

No. 4D21-3260

[February 2, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach, County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2017-CA-010645-XXXX-MB.

Paul J. Kneski of the Law Offices of Paul J. Kneski, P.A., Plantation, for appellant.

Kelly R. Melchiondo, Joy Spillis Lundeen and Felix X. Rodriguez of Bilzin Sumberg Baena Price & Axelrod LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***